NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

STATE OF FLORIDA,                          )
                                           )
        Petitioner,                       )
                                           )
v.                                         )          Case No. 2D18-1543
                                           )
DAVID ALLEN RALSTON,                       )
                                           )
        Respondent.                       )
_____)

Opinion filed October 19, 2018.

Petition for Writ of Certiorari to the Circuit
Court for Lee County; Ramiro Manalich,
Judge.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Jeffrey H. Siegal,
Assistant Attorney General, Tampa, for
Petitioner.

Keith W. Upson of The Upson Law Group,
P.L., Naples, for Respondent.

PER CURIAM.

        Denied.

NORTHCUTT, CASANUEVA, and BADALAMENTI, JJ., Concur.